Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

April 28, 2008

By Fax
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street – Room 1960
New York, NY 10007

      Re:    *Sikelianos v. City of New York, et al.* 05 Civ. 7673 (RJS) (JCF);
              *and related RNC cases*

Dear Judge Francis:

    I write to respectfully request that the Court "So Order" the following briefing schedule with regard to subpoenae that have been issued to the Associated Press and New York Daily News with regard to the above-captioned RNC case(s):

        - Plaintiffs' motion to compel due on or before May 2, 20008;

        - Response by the Associated Press and New York Daily News due on or before May 16, 2008;

        - Plaintiffs' reply due on or before May 23, 2008.

    I have consulted with David Schulz, Esq., counsel for the Associated Press, and with Anne Carroll, Esq., counsel for the New York Daily News, and this briefing schedule is acceptable to them.

    Lastly, paragraph 7 of the Court's Order of April 18, 2006 required PO Wang to appear for deposition by May 16, 2008 on a date agreed upon by counsel. Plaintiffs would like to show any photographs obtained by way of the motion to compel to PO Wang at his deposition and ask him about them. Plaintiffs therefore respectfully request the opportunity to depose him beyond May 16th, once the Court rules on the motion and plaintiffs are provided with any photographs obtained by way of the motion. Plaintiffs will take the deposition as soon as possible after receipt of any photographs, as Defendants have today informed me that they feel that time is of the essence given PO Wang's medical condition. Defendants have informed me that they do not object to a short adjournment to the deposition of PO Wang.

1

I thank the Court for its consideration in this matter.

Respectfully submitted,

Jeffrey Rothman

cc: David Shulz, Esq. (by email)
Anne Carroll, Esq. (by email)
Special Assistant Corporation Counsel James Mirro, Esq. (by email)
Special Assistant Corporation Counsel Raju Sundaran, Esq. (by email)
All RNC Counsel (by email)

4/29/08
Applications Granted.
SO ORDERED.
James C. Francis IV
USMJ

2